USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JERMAINE DELESTON,
*on behalf of himself, and all others
similarly situated,*

         Plaintiff,

      v.

FMH, L.P. d/b/a Francis Marion Hotel,
*a South Carolina limited partnership,*

         Defendant.
-------------------------------------------------------------X

CASE NO.: 1:19-cv-7550-PAE-KHP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JERMAINE DELESTON ("Plaintiff") and Defendant FMH, L.P. d/b/a Francis Marion Hotel, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 6, 2019

BASHIAN & PAPANTONIOU, P.C.

By: _____
    Erik M. Bashian
    *Attorneys for Plaintiff*
    500 Old Country Road, Suite 302
    Garden City, New York 11530
    Tel: (516) 279-1554
    Email: eb@bashpaplaw.com

O'HAGAN MEYER, LLC

By: _____
    Ryan T. Benson, Esq.
    *Attorneys for Defendant*
    1 East Wacker Drive, #3400
    Chicago, Illinois 60613
    Tel: (312) 422-6138
    Email: rbenson@ohaganmeyer.com

SO ORDERED: 11/7/19
_____
Paul A. Engelmyer
HON.